**Affirmed and Memorandum Opinion filed April 23, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-12-00915-CV

---

## IN THE INTEREST OF A.N.R., D.A.R, W.J.R AND M.L.R, Children

---

**On Appeal from the 1A District Court
Jasper County, Texas
Trial Court Cause No. 32476**

---

### M E M O R A N D U M    O P I N I O N

This appeal is from an order dismissing an original petition in a suit affecting the parent-child relationship for lack of standing.  We affirm.

Suit was brought by James Lee Roesch, as "the father of the children the subject of this suit."  Roesch's parental rights have been terminated but he claims standing as "a relative of the child within the third degree of consanguinity" because he is the biological father.  *See* Tex. Fam. Code Ann. § 102.004(a) (West 2008).

Roesch is not a relative within the meaning of section 102.004(a).  As their biological father, Roesch's relation to the children would be "parent."  However, section 101.024(a) expressly provides that "parent" does not include a parent as to whom the parent-child relationship has been terminated.  *See* Tex. Fam. Code Ann. § 101.024(a) (West 2008).

Accordingly, the trial court's order is affirmed.  Appellee's request to find this appeal frivolous is denied.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Boyce and Donovan.